UNITED STATES *v.* GEO. S. BUSH & CO., INC.

No. 5568.—Invoice dated Hamm (Westf.), Germany, February 7, 1936.
Certified February 11, 1936.
Entered at Seattle, Wash., April 2, 1936.
Entry No. 4626.

Third Division, Appellate Term

(Decided February 5, 1942)

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the appellant.
*Lawrence & Tuttle* for the appellee.

606

Before CLINE and KEEFE, Judges

CLINE, Judge: This is an application for review of the decision of the trial judge in *Geo. S. Bush & Co., Inc.* v. *United States*, Reap. Dec. 5475. The appellant, under date of January 21, 1942, filed with the court an abandonment of the appeal. On this state of the record, the decision and judgment below is affirmed.